# United States Court of Appeals
## For the First Circuit

No. 22-1052

SAKAB SAUDI HOLDING COMPANY,

Plaintiff, Appellant,

v.

SAAD KHALID S. ALJABRI; KHALID SAAD KHALID ALJABRI; MOHAMMED SAAD KH ALJABRI; NEW EAST (US) INC.; NEW EAST 804 805 LLC; and NEW EAST BACK BAY LLC,

Defendants, Appellees,

UNITED STATES,

Intervenor, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on January 27, 2023, is amended as follows:

On the page 2, line 5, replace "H. Thompson Byron III" with "H. Thomas Byron III"